ROGERS PEET CO. *v.* UNITED STATES

**No. 6720.**—Invoices dated London, England, December 16, 1941, etc.
   Certified December 16, 1941, etc.
   Entered at New York, N. Y., January 15, 1942, etc.
   Entry No. 11962, etc.

(Decided January 8, 1947)

*Lane & Wallace* and *Lane, Young & Fox* for the plaintiff.
*Paul P. Rao*, Assistant Attorney General, for the defendant.

TILSON, Judge:   The appeals listed in schedule A, hereto attached and made a part hereof, were filed to test the correctness of the action of the appraiser in including as a part of the dutiable values of the merchandise the so-called British purchase tax.   The appeals have been submitted on a stipulation wherein counsel for the respective parties agree that the issues herein are similar in all material respects to the issues involved in *United States* v. *Pitcairn*, C. A. D. 334, and the record in that case has been admitted in evidence in this case.

Accepting this stipulation as a statement of fact, and following the cited authority, I find and hold the proper dutiable export values of the merchandise to be the values found by the appraiser, less any amounts added by the importer on entry to meet advances made by the appraiser in similar cases then pending on appeal.

Judgment will be rendered accordingly.

MEADOWS WYE & CO., INC. *v.* UNITED STATES

**No. 6721.**—Invoice dated Grimsby, England, December 1942.
   Certified December 1942.
   Entered at New York, N. Y., February 8, 1943.
   Entry No. 718455.

(Decided January 8, 1947)

*Lane, Young & Fox* for the plaintiff.
*Paul P. Rao*, Assistant Attorney General, for the defendant.

KEEFE, Judge:   This appeal for reappraisement has been submitted for decision upon the following stipulation of counsel for the parties hereto:

(Stipulation omitted.)

On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values are the appraised values, less the additions made by the importer on entry because of advances by the appraiser in similar cases.

Judgment will be rendered accordingly.